WILLIAM J. GEDDES
Nevada Bar No. 6984
KRISTEN R. GEDDES
Nevada Bar No. 9027
THE GEDDES LAW FIRM, P.C.
1575 Delucchi Lane, Suite 206
Reno, Nevada 89502
Phone: (775) 853-9455
Fax: (775) 299-5337
Email: Will@TheGeddesLawFirm.com
Email: Kristen@TheGeddesLawFirm.com
*Attorneys for Plaintiff Garth Shelton*

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| GARTH SHELTON, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>ELDORADO RESORTS, INC., a domestic corporation; CAESAR'S ENTERTAINMENT, INC., a foreign corporation.<br><br>Defendants. | CASE NO: 3:21-cv-121-HDM-WGC<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF ACTION WITH PREJUDICE** |

Plaintiff Garth Shelton and Defendant Caesars Entertainment, Inc., f/k/a Eldorado Resorts, Inc., by and through their respective undersigned counsel, hereby stipulate and agree pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) to dismiss this action with prejudice, each party to bear his or its own fees and cost.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

Respectfully submitted this 13th day of September, 2021.

| | |
|---|---|
| THE GEDDES LAW FIRM, P.C.<br>*Electronic Signature Authorized* | McDONALD CARANO LLP<br>*Electronic Signature Authorized* |
| By: /s/ Kristen Geddes<br>William J. Geddes, Esq.<br>Nevada Bar No. 6984<br>Kristen R. Geddes<br>Nevada Bar No. 9027<br>1575 Delucchi Lane, Suite 206<br>Reno, Nevada 89502<br>Tel: (775) 853-9455 / Fax: (775) 299-5337<br>Email: Will@thegeddeslawfirm.com<br>Email: Kristen@thegeddeslawfirm.com<br>*Attorneys for Plaintiff Garth Shelton* | By: /s/ Chelsea Latino<br>Leigh Goddard, Esq.<br>Nevada Bar No. 6315<br>Chelsea Latino, Esq.<br>Nevada Bar No. 14227<br>100 W. Liberty St., Tenth Floor<br>Reno, NV 89501<br>Tel: (775) 788-2000<br>Email: lgoddard@mcdonaldcrano.com<br>Email: clatino@mcdonaldcarano.com<br>*Attorneys for Defendant Caesars Entertainment, Inc., f/k/a Eldorado Resorts, Inc.* |

Pursuant to the stipulation of the parties (ECF NO. 17), this action is hereby DISMISSED WITH PREJUDICE, with each party to bear its own fees and costs.

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: September 13, 2021